IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL 20 2015

CLERK
SO. DIST. OF GA

DEBORAH JOANNE SIMMONS,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )       CASE NO. CV414-167
                                  )
CHATHAM COUNTY SHERIFF'S          )
DEPARTMENT, SHERIFF AL ST.        )
LAWRENCE, THOMAS M. GILBERG,      )
and GLORIA WILSON,                )
                                  )
        Defendants.               )
                                  )

## O R D E R

Before the Court is Plaintiff Deborah Joanne Simmons's
Stipulation of Dismissal With Prejudice. (Doc. 26.) Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may
dismiss an action by filing "a stipulation of dismissal signed
by all parties who have appeared." As requested, all claims in
this case are **DISMISSED WITH PREJUDICE**. Each party in this
action shall bear its own costs and attorney fees. The Clerk of
Court is **DIRECTED** to close this case.

SO ORDERED this *20th* day of July 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA